# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Ricky Tejada,
     Appellant

    v.

Sue Dowd, Rene Styka and
Jonathan Simpson

:
:
:
:
:   No. 484 C.D. 2021
:
:
:
:

**PER CURIAM**       **O R D E R**

**NOW**, September 23, 2022, upon consideration of Ricky Tejada's (Appellant) Motion for Reconsideration (Motion), which requests that this Court stay its August 4, 2022 Order vacating the October 20, 2020 order of the Court of Common Pleas of Schuylkill County (trial court) and remanding the matter to the trial court for further proceedings because Appellant is temporarily incarcerated at the James T. Vaughn Correctional Center in Smyna, Delaware and does not have access to his legal materials related to this litigation, to which no response was filed, the Motion is **GRANTED**. The Court's August 4, 2022 Order is stayed until further order of the Court. Appellant is directed to file a status report within 10 days of his return to Pennsylvania or on or before December 22, 2022, whichever is sooner.